1  THOMAS M. HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2  KELLY, HERLIHY, & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104
   Telephone: (415) 951-0535
4  Facsimile: (415) 391-7808

5  Attorneys for Defendants
   PROVIDENT LIFE AND ACCIDENT INSURANCE
6  COMPANY and UNUMPROVIDENT CORPORATION

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 KATHLEEN HAMM,                )    Case No. C06 1409 CW
                                 )
12              Plaintiff,       )    **STIPULATION OF DISMISSAL
                                 )    AND ORDER THEREON**
13       v.                      )
                                 )
14 UNUM PROVIDENT CORPORATION;   )
   PROVIDENT LIFE AND ACCIDENT   )
15 INSURANCE COMPANY, and DOES 1 )
   through 100, inclusive,       )
16                               )
                Defendants.      )
17 _____)

1  It is hereby stipulated by and between the parties to this action, plaintiff Kathleen Hamm and
2  defendants Provident Life and Accident Insurance Company and UnumProvident Corporation
3  through their attorneys of record, Abbey, Weitzenberg, Warren & Emery, P.C. on behalf of plaintiff
4  Kathleen Hamm and Kelly, Herlihy & Klein, LLP on behalf of defendants Provident Life and
5  Accident Insurance Company and UnumProvident Corporation, that the above captioned action has
6  settled, with the parties to bear their own respective fees and costs, and the above captioned matter
7  can be and hereby is dismissed with prejudice in its entirety pursuant to FRCP 41(a)(1).

8  **IT IS SO STIPULATED**

9  ABBEY, WEITZENBERG, WARREN & EMERY, P.C.

12 Dated: March 15, 2007    By _____
                                Michael D. Green
13                              Attorneys for Plaintiff
                                KATHLEEN HAMM

15 KELLY, HERLIHY, & KLEIN LLP

17 Dated: March 13, 2007    By _____
                                Thomas M. Herlihy
18                              Attorneys for Defendants
                                PROVIDENT LIFE AND ACCIDENT INSURANCE
19                              COMPANY and UNUMPROVIDENT
                                CORPORATION

21              **ORDER**

22  Good cause appearing therefore, the Court dismisses with prejudice the entire action, each
23 party to bear its own fees and costs.
24 IT IS SO ORDERED

26 Dated: March 21, 2007    _____
                                UNITED STATES DISTRICT JUDGE

28 E:\26130\P18.wpd

---

STIPULATION OF DISMISSAL AND ORDER THEREON
-1-                                 CASE NO. C06 1409CW